# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RESOL GROUP LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SIDNEY T. SCARLETT, et al.,<br><br>    Defendants. | Case No. 15-cv-05212-BLF<br><br>**ORDER TO SHOW CAUSE IN RE SANCTIONS** |

To Defendant Sidney Scarlett, you are hereby ORDERED to SHOW CAUSE, if any, why sanctions, including the institution of a pre-filing order and/or monetary sanctions not to exceed $1000 should not be imposed for repeatedly removing state court action case number 114-CV-267656. Specifically, in this Court's August 31, 2015 order, the Court warned Mr. Scarlett that any further attempts to remove case number 114-CV-267656 may result in sanctions, including the institution of a pre-filing order. *See* Order at 3, *Resol Grp. LLC v. Scarlett*, No. 15-CV-03245-BLF, ECF 28 (N.D. Cal. Aug. 31, 2015). Despite this warning, Mr. Scarlett removed the state court action for a fourth time. *See* Notice of Removal, *Resol Grp. LLC v. Scarlett*, No. 15-CV-05212-BLF, ECF 1 (N.D. Cal. November 13, 2015). Mr. Scarlett shall file a written response **on or before** December 15, 2015 and a hearing shall be set on January 7, 2016 at 9 a.m in Courtroom 3, 5th Floor, 280 South 1st Street, San Jose, CA 95113.

**IT IS SO ORDERED.**

Dated: November 17, 2015

_____
BETH LABSON FREEMAN
United States District Judge